UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-3537
_____

UNITED STATES OF AMERICA

v.

MUMIN BASHEER,

Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 2-05-cr-00616-001)
District Judge: Hon. Curtis Joyner

Before: McKEE, *Circuit Judge*, SLOVITER and RENDELL, *Circuit Judges*,

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed on this case on December

7, 2010, be amended as follows:

On page 2, line 7, delete the sentence which reads "He was
sentenced to 252 months imprisonment with 192" and replace
it with the following sentence: "He was sentenced to 252
months imprisonment (consisting of 192 months for
possession with intent to distribute, a concurrent term of 60
months for possession of a firearm in furtherance of a drug
trafficking crime, and a consecutive term of 60 months for
possession of a firearm by a felon), followed by a term of
supervised release of five years."

On page 7, line 18, delete "18 U.S.C. § 3583(c)(2)" and
replace it with "18 U.S.C. § 3582(c)(2)."

BY THE COURT:

1

/s/Theodore A. McKee
Chief Judge


DATED: December 17, 2010
PDB/cc: Peter A. Levin, Esq.
Robert A. Zauzmer, Esq.
Thomas P. Swanton, Esq.
Vicki J. Markovitz, Esq.